```
PHILLIP A. TALBERT
United States Attorney
MICHAEL G. TIERNEY
Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

Attorneys for Plaintiff
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>v.<br><br>DARRYL PARKER,<br><br>            Defendant. | Case No. 1:17-po-45<br>Citation No. 6354741<br><br>MOTION AND ORDER FOR DISMISSAL |

   The United States of America hereby moves (1) to dismiss Violation Notice 6354741 issued to Darryl Parker on December 7, 2016, in the interest of justice and pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.

```
DATED: February 14, 2017         Respectfully submitted,

                                 PHILLIP A. TALBERT
                                 United States Attorney

                           By:   /s/ Michael G. Tierney
                                 MICHAEL G. TIERNEY
                                 Assistant U.S. Attorney
```

1

**O R D E R**

IT IS HEREBY ORDERED that Violation Notice 6354741 issued to Darryl Parker on December 7, 2016, be dismissed in the interest of justice.

IT IS SO ORDERED.

Dated:  **February 14, 2017**                     /s/ *Sheila K. Oberto*
                                                  UNITED STATES MAGISTRATE JUDGE